NO. SCWC-27580

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LILY E. HAMILTON on behalf of AMBER J. LETHEM, a minor,
Respondent/Plaintiff-Appellee,

vs.

CHRISTY L. LETHEM, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 27580; CIV. NO. 05-1-1977)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, Duffy,
and McKenna, JJ., and Circuit Judge Crandall,
in place of Recktenwald, C.J., recused)

The application for writ of certiorari, filed on

October 14, 2011 by Petitioner/Defendant-Appellant Christy L.

Lethem, is accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 23, 2011.

| | |
|---|---|
| Robert H. Thomas and Rebecca A. Copeland (Damon Key Leong Kupchak Hastert) for petitioner/ defendant-appellant, on the application. | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ James E. Duffy, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Virginia L. Crandall |

